IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TONY OBRIAN DAVIS | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion to transfer him to another jail with better conditions. (Doc. No. 61).

The defendant is currently represented by counsel, (Appointment of Counsel, Oct. 2, 2019), awaiting sentencing. Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: April 6, 2020

Robert J. Conrad, Jr.
United States District Judge