IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONY OBRIAN DAVIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's second pro se motion to be transferred to another jail. (Doc. No. 78). The motion will be denied for the same reasons that his previous motion denied. (Doc. No. 64).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: October 8, 2020

Robert J. Conrad, Jr.
United States District Judge