IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TONY OBRIAN DAVIS | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se motion requesting final judgment on his 28 U.S.C. § 2255 Petition. (Doc. No. 163). The Court denied and dismissed the § 2255 Petition on September 15, 2023. (Doc. No. 157).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 163), is **MOOT**.

The Clerk is directed to certify copies of this Order and the § 2255 Order, (Doc. No. 157), to the defendant.

Signed: January 3, 2024

Robert J. Conrad, Jr.
United States District Judge