IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TONY OBRIAN DAVIS | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release, which he claims follows the exhaustion of his administrative remedies.[1] (Doc. No. 168).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

Signed: February 9, 2024

Robert J. Conrad, Jr.
United States District Judge

---

[1] The Court dismissed a previous motion for failure to comply with the requirements of 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 153: Order).