IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONY OBRIAN DAVIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to amend his presentence report (PSR). (Doc. No. 171).

The defendant asks the Court to change information about his drug use in order to qualify for the Residential Drug Abuse Program, 18 U.S.C. §3621(e). (Id. at 1). In the PSR, the defendant indicated that his daily drug use ended when he was 23, approximately 10 years prior to the instant offense, and that he had sold crack to pay for his drug addiction. (Doc. No. 179: PSR ¶ 103). The defendant did not object to that information at the sentencing hearing, and the Court noted his history of drug abuse and recommended him for the program. (Doc. No. 130: Sent. Hr'g Tr. at 12-15, 36-41, 46-47, 51). The defendant has not shown any basis in law or fact to alter the PSR long after it was adopted by the Court.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: February 23, 2024

Robert J. Conrad, Jr.
United States District Judge