IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TONY OBRIAN DAVIS | ) |
| | ) |

**THIS MATTER** is before the Court upon motions of the defendant pro se again seeking a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines. (Doc. Nos. 167, 174). The Court previously found he is not eligible for relief. (Doc. No. 159).

**IT IS, THEREFORE, ORDERED** that the defendant's motions are **DENIED**.

Signed: March 5, 2024

Robert J. Conrad, Jr.
United States District Judge