IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00093-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TONY OBRIAN DAVIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government, (Doc. No. 178), to extend the deadline for responding to the defendant's motion for compassionate release, (Doc. No. 168), until April 1, 2024.

The Court finds that the government has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED**, and the government shall file any response on or before April 1, 2024.

The Clerk is directed to certify copies of this order to the defendant and to the United States Attorney.

Signed: March 13, 2024

Robert J. Conrad, Jr.
United States District Judge